NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STANLEY LATEK,                         )
                                       )
            Appellant,                 )
                                       )
v.                                     )      Case No. 2D17-3806
                                       )
STAACK & SIMMS, P.A., a Professional   )
Association,                           )
                                       )
            Appellee.                  )
_____ )

Opinion filed May 16, 2018.

Appeal from the Circuit Court for Pinellas
County; W. Douglas Baird, Senior Judge.

Wm. Newt Hudson of Law Office of Wm.
Newt Hudson, Tarpon Springs, for
Appellant.

James A. Staack and Kristine M. Reighard
of Staack, Simms & Reighard, PLLC,
Clearwater, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, MORRIS, and LUCAS, JJ., Concur.